ANNE C. H. NYLAND, as Administratrix of the Estate of EVERT NYLAND, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Nyland* v. *N. Y. C. & H. R. R. R. Co.*, 175 App. Div. 965, affirmed.

(Argued April 2, 1918: decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Plaintiff's intestate was struck by one of defendant's trains while walking along the sidewalk on North Clinton street in the city of Syracuse. At the place of the accident the railroad track crossed the sidewalk at grade. The defense was contributory negligence.

*A. H. Cowie* for appellant.

*S. F. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.　McLAUGHLIN, J., dissents on the ground that the uncontradicted evidence shows that the plaintiff's intestate was guilty of contributory negligence.